IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHREE M. AGRAWAL**,          )
                                     )
                Plaintiff,       )
                                     )
v.                                    )         Civil No. **06-945-GPM**
                                     )
**STEVE KEIM, and J. WINTERS, III,**  )
                                     )
                Defendants.    )

## ORDER

**PROUD, Magistrate Judge**:

Before the court is plaintiff's Motion to Strike Defendants' Answer to Complaint. **(Doc. 39)**.

Plaintiff asks the court to strike defendants' answer because, according to him, the answer was not signed. Plaintiff is incorrect. The answer was signed by counsel using the "s/ name" convention. This is the correct way to sign a document that is electronically filed. See, E-Filing Rule 8, CM/ECF User's Manual, §2,1

Plaintiff's Motion to Strike Defendants' Answer to Complaint **(Doc. 39)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: September 15, 2008.**

**s/Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**