IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **SHREE M. AGRAWAL**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **06-945-GPM** |
| | ) | |
| **STEVE KEIM, and J. WINTERS, III,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge**:

Before the court is plaintiff's Motion to Dismiss Defendants' Motion for Summary

Judgment.  **(Doc. 36)**.

Plaintiff asks the court to strike defendants' Motion for Summary Judgment  because he

believes that it was not signed.  Plaintiff is incorrect.  The motion and memorandum were signed

by counsel using the "s/ name" convention.  This is the correct way to sign a document that is

electronically filed.  See, E-Filing Rule 8, CM/ECF User's Manual, §2.1.

Plaintiff's Motion to Dismiss Defendants' Motion for Summary Judgment **(Doc. 36)** is

**DENIED**.

**Plaintiff is granted additional time, up to and including October 10, 2008, in which**

**to file a substantive response to the motion.  Plaintiff should review the requirements for**

**responding to a motion for summary judgment, which are set forth in Doc. 33.**

**IT IS SO ORDERED.**

**DATE:  September 16, 2008.**

> **s/Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**