IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHREE M. AGRAWAL**, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **06-945-GPM** |
| **STEVE KEIM, and J. WINTERS, III,** | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge**:

Before the court are defendants' Motion to Compel Discovery **(Doc. 38)** and plaintiff's Motion to Strike Defendants' Motion to Compel Discovery **(Doc. 40)**.

Defendants ask the court to deny plaintiff's objections to their interrogatories and to order him to answer them. However, defendants' motion does not include a certificate of attempt to resolve, as required by Fed.R.Civ.P. 37. In his Motion to Strike, plaintiff asserts that defendants did not make an attempt to resolve the discovery dispute. Defendants' motion must be denied for that reason.

Plaintiff also asks the court to extend the discovery deadline for him only. However, he has not shown good cause for his failure to undertake discovery, and he has not set forth a proposed schedule, as required by the original scheduling order.

Upon consideration and for good cause shown, defendants' Motion to Compel Discovery **(Doc. 38)** and Plaintiff's Motion to Strike Defendants' Motion to Compel Discovery **(Doc. 40)** are **DENIED**.

**IT IS SO ORDERED.**

DATE: September 16 2008.

s/Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**